UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-219 PAM/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JURIS,<br><br>Defendant,<br><br>AMEK CONSTRUCTION,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about December 22, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 23, 2003. In its Answer, the garnishee states that there is no available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 22, 2003, is hereby released.

Dated: March 2, 2004

JONATHAN G. LEBEDOFF
United States Magistrate Judge